[No. 49224-1-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE EUGENE
LILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02332-9, Kenneth L. Cowsert, J., entered July 27, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 49376-1-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS JIMENEZ,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00313-6, Michael E. Rickert, J., entered September 6, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 49464-3-I.   Division One.   March 3, 2003.]

JAN HODGES, ET AL., *Respondents*, v. LAURA TRITZ, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-22084-0, John P. Erlick, J., entered November 1, 2001. *Reversed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Schindler, J.

[No. 49607-7-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY L.
SCHOOLCRAFT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03156-9, Jeffrey M. Ramsdell, J., entered November 1, 2001. *Affirmed* by unpublished per curiam opinion.